# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CV134** |
| | ) | |
| v. | ) | |
| | ) | |
| **$16,120.00 IN UNITED STATES CURRENCY,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 7 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 7 from the record. The party has been directed to re-file the document.

DATED this 9th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge